UNITED STATES of America ex rel. John C. ANDERSON, Appellant,

v.

COMMONWEALTH OF PENNSYLVANIA and Angelo L. Cavell, Warden, Western State Penitentiary.

No. 12185.

United States Court of Appeals Third Circuit.

Argued Nov. 22, 1957.

Decided Dec. 10, 1957.

John C. Anderson, pro se.

Richard P. Steward, Dist. Atty., Beaver, Pa., for appellee.

Before GOODRICH, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

The court finds no merit in the appeal in this case. The judgment of the district court, 148 F.Supp. 681, will be affirmed.

---

Frank A. LOWERY, as owner of the barges, THE INEZ LOWERY and THE MAE LOWERY, Libellant-Appellee,

v.

HUDSON RIVER DAY LINE, Inc., and THE PETER STUYVESANT, Respondent-Appellant.

No. 14, Docket 24070.

United States Court of Appeals Second Circuit.

Argued Oct. 18, 1957.

Decided Nov. 29, 1957.

O'Connor & Randolph, New York City (Edward L. P. O'Connor and Anthony J. Randolph, New York City, of counsel), for libellant-appellee.

Hill, Betts & Nash, New York City (Eli Ellis, New York City, of counsel), for respondent-appellant.

Before MEDINA, HINCKS and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the findings and opinion of Judge Galston, 132 F.Supp. 629.